IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| MARIO AMBRIS, CHAIYS WHITE, GABRIEL ANTRAMGARZA, JEREMIAH SANCHEZ, <br><br> Plaintiffs <br><br> vs. <br><br> VENANGO COUNTY, MAJOR SMITH, OFFICIAL AND INDIVIDUAL CAPACITY; MICHAEL SCANNELL, OFFICIAL AND INDIVIDUAL CAPACITY; AND JOSEPH JANIDLO, <br><br> Defendants | 1:25-CV-00066-RAL <br><br> RICHARD A. LANZILLO <br> Chief United States Magistrate Judge <br><br> ORDER ON DEFENDANTS' MOTION TO SEVER <br><br> ECF NO. 12 |

For the reasons set forth in the accompany Memorandum Opinion (*see* ECF No. 22), the Defendants motion to sever is DENIED.[1]

Further, the Defendants are now directed to file an Answer or any other response contemplated by the Federal Rules of Civil Procedure within thirty days from the date of this order, that is, on or before  July 25 , 2025.

BY THE COURT:

_____
RICHARD A. LANZILLO
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] A motion to sever is a non-dispositive pretrial matter properly committed to a magistrate judge for consideration. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); *United States v. Cochran*, 682 Fed. Appx. 828, 842 (11th Cir. 2017) (per curiam).